# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE LOVELL<br><br>   Plaintiff(s)<br><br>v.<br><br>WEST UNIFIED COMMUNICATION SERVICES, INC. and DOES 1 to 10<br><br>   Defendant(s) | CASE No C 4:18-cv-00039<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  The parties are in the process of selecting a mediator and a date for mediation based on the mediator's availability.

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: The parties will select a date based on the mediator's availability.

Date: March 20, 2018    /s/ Kathleen McCormac
           Attorney for Plaintiff

Date: March 20, 2018    /s/ Julie Springer
           Attorney for Defendant

---

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: The ADR deadline is May 23, 2018.

Date: 5/10/2018

*[signature: Haywood S. Gilliam Jr.]*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*