Ian W. Forgie (SBN 307721)
**HIRSCHFELD KRAEMER LLP**
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
iforgie@hkemploymentlaw.com

**WEISBART SPRINGER HAYES LLP**
Julie A. Springer (Pro Hac Vice)
Texas Bar No. 18966770
Danielle K. Hatchitt (Pro Hac Vice)
Texas Bar No. 24079080
212 Lavaca Street, Suite 200
Austin, Texas 78701
Telephone: (512) 652.5780
Facsimile: (512) 682.2074
jspringer@wshllp.com
dhatchitt@wshllp.com

Attorney for Defendant
WEST UNIFIED COMMUNICATIONS
SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIELLE LOVELL,** <br><br> Plaintiff, <br><br> vs. <br><br> **WEST UNIFIED COMMUNICATION SERVICES, INC. and DOES 1 to 10, inclusive,** <br><br> **Defendants.** | **CASE NO. 4:18-cv-00039-HSG** <br><br> **(Cause No. C 17-02321; in the County of Contra Costa; State of California Superior Court)** <br><br> **AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED THAT Defendant West Unified Communication Services, Inc. is DISMISSED WITH PREJUDICE. Plaintiff Danielle Lovell and Defendant

Joint Stipulation of Dismissal With Prejudice; Case No. 4:18-cv-00039-HSG
Page 1 of 3

West Unified Communication Services, Inc. files this Joint Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

Plaintiff hereby dismisses this suit in its entirety WITH PREJUDICE, because all matters of fact and things in controversy have been fully and finally resolved. The parties have agreed to bear their own costs and attorney's fees and do not attempt to shift the burden of such costs to the opposing party.

The dismissal is with prejudice and this matter is deemed closed.

**DATED:** June 5, 2018          **HIRSCHFELD KRAEMER LLP**

                                      By    /s/ *Ian W. Forgie*
                                             Ian W. Forgie
                                             505 Montgomery Street, 13th Floor
                                             San Francisco, CA 94111

**WEISBART SPRINGER HAYES LLP**
Julie A. Springer (*Pro Hac Vice*)
Texas Bar No. 18966770
Danielle Hatchitt (*Pro Hac Vice*)
Texas Bar No. 24079080
212 Lavaca Street, Suite 200
Austin, TX 78701

Attorneys for Defendant
WEST UNIFIED COMMUNICATIONS SERVICES, INC.

**DATED:** June 5, 2018          **MCCORMAC & ASSOCIATES**

                                      By    */s/ Kathleen A. McCormac*
                                             Kathleen A. McCormac
                                             2858 Diamond Street
                                             San Francisco, CA 94131

Attorney for Plaintiff
DANIELLE LOVELL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 6, 2018      _____
HONORABLE HAYWOOD S. GILLIAM, JR
United States District Court Judge